UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 25-cr-20220-BLOOM/ELFENBEIN

UNITED STATES OF AMERICA

v.

CHARMAINE GATLIN

_____/

DEFENDANT'S MOTION FOR LEAVE TO
WAIVE HER APPEARANCE AT ARRAIGNMENT

DEFENDANT CHARMAINE GATLIN, through counsel and pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, respectfully moves the Court to accept her waiver of personal appearance at arraignment, and states:

1.    On May 21, 2025, Mrs. Gatlin made an initial Appearance in the Southern District of Georgia, in connection with her indictment in the above-captioned, Southern District of Florida case.

2.    She was released on a $30,000.00 Personal Surety Bond with conditions.

3.    On June 6, 2025, Mrs. Gatlin appeared before a Magistrate Judge in this district, who continued her on a $30,000.00 Personal Surety Bond with conditions identical to those originally imposed, and granted leave for her to reside in Riceboro, Georgia, where her residence is located.

4.    Undersigned entered a temporary appearance and the court granted defendant's motion to continue her arraignment, which is now set for June 18, 2025.

5.    The defendant waives her right to have the indictment formally read in open court and has submitted a written waiver of appearance herewith, signed by her and her counsel.

WHEREFORE, defendant respectfully moves the Court to accept her waiver and grant leave for the arraignment to proceed in her absence.


Date: June 13, 2025.

Respectfully submitted,

*David A. Howard*
David A. Howard, P.A.
25 SE 2nd Ave., Ste. 1105
Miami, Florida 33131
Tel.: (786) 360-6056
Emails: david@davidhowardlaw.com
davidlaw1100@gmail.com