UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 25-cr-20220-BLOOM/ELFENBEIN

UNITED STATES OF AMERICA

v.

CHARMAINE GATLIN
_____/

DEFENDANT'S NOTICE OF FILING SIGNED WAIVER

DEFENDANT CHARMAINE GATLIN, through counsel, respectfully serves notice of filing her *signed* Waiver of Appearance at Arraignment, and states:

1.      On June 13, 2025, Gatlin filed a *Motion for Leave to Waive Her Appearance at Arraignment*, and represented that a signed waiver was attached. [D.E. 13].

2.      In error, counsel attached an unsigned waiver and now, herewith, supplements her prior filing by submitting the signed waiver that was intended to be attached to her motion.

3.      Undersigned apologizes for the inconvenience caused.

WHEREFORE, Defendant Gatlin respectfully serves notice of filing her signed Waiver of her Appearance at Arraignment.

Date: June 17, 2025.

Respectfully submitted,

*David A. Howard*
David A. Howard, P.A.
25 SE 2nd Ave., Ste. 1105
Miami, Florida 33131
Tel.: (786) 360-6056
Emails: david@davidhowardlaw.com
        davidlaw1100@gmail.com