**From:** Bill Begley ███████████
**Sent:** Friday, September 19, 2025 12:18 PM
**To:** FLSDdb_efile Blooms <Bloom@flsd.uscourts.gov>
**Subject:** Charmaine Gatlin

==**CAUTION - EXTERNAL:**==

Dear Judge Bloom,
I recently have become aware of the case regarding Charmaine Gatlin.

I trust you will consider before sentencing, the fact that this single person can completely destroy the confidence individuals may feel when it comes to charity. It's not just the amount of money she has stolen, but it is the impact on all charities. The sick, the needy, the poor all rely on people of faith to reach out and help them. When something like this occurs, there needs to be a significant punishment to send a signal to others this is NOT acceptable in our society. The maximum penalty is the only possible remedy.
Thank you for your consideration in this matter.

**Bill Begley**

bill.begley███████████
==**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.==